**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

| | |
|---|---|
| Appellate case name: | Stadium Motorcars, LLC dba Central Houston Nissan and Central Houston Motorcars, LLC dba Central Houston Cadillac v. Chris Singleton |
| Appellate case number: | 01-18-00977-CV |
| Trial court case number: | 2018-35688 |
| Trial court: | 269th District Court of Harris County |

Appellants, Stadium Motorcars, LLC dba Central Houston Nissan and Central Houston Motorcars, LLC dba Central Houston Cadillac, have filed a motion for an extension of time to file the clerk's record, stating that counsel "requested the Harris County District Clerk's Office to prepare the Clerk's Record on January 17, 2019." The clerk's record was filed in this Court on February 19, 2019. Accordingly, appellants' motion is **dismissed as moot**.

It is so ORDERED.

Judge's signature: ___/s/ Justice Russell Lloyd_____
⊠ Acting individually    ☐ Acting for the Court

Date: __February 26, 2019__